IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TERRYL T. MATT,<br><br>　　　Plaintiff,<br><br>v.<br><br>FORT BELKNAP INDIAN COMMUNITY,<br><br>　　　Defendants. | CV-16-46-GF-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Preliminary Pretrial Conference in this matter set for November 3, 2016 is **VACATED**.

DATED this 11th day of October, 2016.

_____
Brian Morris
United States District Court Judge